JUN 28

# Oregon

**Bureau of Labor and Industries**
Brad Avakian
Commissioner

June 23, 2017

MICAELA HERRERA
1568 SE WAVERLY DRIVE
ALBANY, OR 97321

RE: Complainant: Micaela Herrera
Respondent: Teen Challenge International Pacific Northwest Centers Dba Pacific Northwest Adult & Teen Challenge
Case #: EEEMSM160623-10888
EEOC #: 38D-2016-00601C

NOTICE OF RIGHT TO FILE A CIVIL SUIT

Within one year following the filing or upon dismissal of a complaint of unlawful practice, pursuant to ORS 659A.880, you have the right to file a suit in state circuit court based on the allegations in your complaint within 90 days from the date of this letter. After 90 days, this right will be lost. ***Note: If your complaint was a public accommodations case filed under ORS 659A.403 or ORS 659A.406, the right to file suit in state circuit court expires one year from the date of the alleged violation.***

Further, if the Respondent is a public entity, to preserve the right to file a suit in state circuit court, you must also comply with the Oregon Tort Claims Act (ORS 30.260 to 30.300). If you are interested in protecting these rights, you should consult an attorney immediately regarding the requirements for filing. The Oregon State Bar referral number for Portland is 503-620-0222 or 800-452-7636.

The Bureau may determine at a future date to terminate proceedings without initiating a contested case hearing. You have the choice at this time of pursuing the complaint in state circuit court or continuing with the Bureau's process. The Bureau requests that you notify the Division if this complaint is taken to court.

Sincerely,

CIVIL RIGHTS DIVISION
Administrative Support Unit
Amy K Klare, CRD Administrator

cc: Loren W Collins, Complainant's Attorney
Teen Challenge International Pacific Northwest Centers Dba Pacific Northwest Adult & Teen Challenge, Respondent
Michael C Petersen, Respondent's Attorney
Christopher S Hodges, Registered Agent

tj